Q

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:
Darnell Douglas Little                      Chapter 7
                                              Case No. 22-40590
                                              Hon. Tucker

Debtor,
_____/

## MOTION OF CONVERSION OF CHAPTER 7 PROCEEDING TO CHAPTER 13 PROCEEDING PURSUANT TO 11 U.S.C. §706

     NOW COMES the Debtor, Darnell Douglas Little, herein, by and his through Counsel, Kostopoulos & Associates, PLLC, and pursuant to 11 U.S.C. §706(a), hereby requests the conversion of his Chapter 7 to a Chapter 13 proceeding

Dated: February 14, 2022                              /s/ Darnell Douglas Little
                                                                         Darnell Douglas Little, Debtor

Dated: February 14, 2022                              /s/A. Rita Kostopoulos
                                                                         A, Rita Kostopoulos (P63178)

                                                                         Kostopoulos and Associates PLLC
                                                                         Attorney for Debtor(s)
                                                                         31201 Chicago Rd. S.
                                                                         Warren, MI 48093
                                                                         (586)574-0916
                                                                         law@kostopouloslawyers.com

Q

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:
Darnell Douglas Little                                           Chapter 7
                                                                 Case No. 22-40590
                                                                 Hon. Tucker

               Debtor,
_____/

## ORDER UPON CONVERSION OF CHAPTER 7 PROCEEDING TO CHAPTER 13 PROCEEDING PURSUANT TO 11 U.S.C. §706

The Debtor having voluntarily converted this case from a Chapter 7 to a Chapter 13

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days from the entry of this Order, the Debtor shall file a Chapter 13 Plan, schedule of Current Income, a schedule of current expenditures, a schedule of any property acquired after the commencement of the Chapter 7 case, and a supplemental matrix of any post Chapter 7 petition creditors.

IT IS FURTHER ORDERED that within ten (10) days, the interim Chapter 7 Trustee shall forward a copy of her report to the clerk's office for transmission to the office of the Standing Chapter 13 Trustee.

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:
Darnell Douglas Little                        Chapter 7
                                                Case No. 22-40590
                 Debtor,              Hon. Tucker
_____/

### NOTICE OF DEBTOR'S PROPOSED CONVERSION FROM CHAPTER 7 TO CHAPTER 13

Debtor Darnell Douglas Little has filed papers with the court for Debtor's Proposed Conversion from Chapter 7to Chapter 13;

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Debtor's Proposed Conversion From Chapter 7 to Chapter 13, or if you want the court to consider your views on the Proposed Plan Modification, then on or before **21 days**, you or your attorney must:

File with the court a written Objection for a hearing at:

    211 West Fort Street, Detroit, Michigan 48226

If you mail your Objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    A. Rita Kostopoulos, Kostopoulos & Associates, PLLC, 31201 Chicago Rd. S., Suite C-102, Warren, MI 48093
    Darnell Douglas Little, 18219 San Juan Drive, Detroit, MI 48221
    Michael Stevenson, 26100 American Drive Suite 500, Southfield, MI 48034

Other steps required to oppose a motion or objection are under the local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: February 14, 2022                                           /s/A. Rita Kostopoulos
                                                                                    A. Rita Kostopoulos(P63178)
                                                                                    Daniel E. Bassir (P82888)
                                                                                    Kostopoulos and Associates PLLC
                                                                                    Attorney for Debtor(s)
                                                                                    31201 Chicago Rd. S.
                                                                                    Warren, MI 48093
                                                                                    (586)574-0916
                                                                                    law@kostopouloslawyers.com

                                                EXHIBIT 2