**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO: 22-40590 |
| DARNELL DOUGLAS LITTLE, Debtor | JUDGE: THOMAS J. TUCKER |

### ORDER ADJOURNING SECTION 341
### MEETING OF CREDITORS AND CONFIRMATION HEARING

The **Debtor** made a request of the Trustee for adjournment of the originally scheduled Section 341 Meeting of Creditors. The granting of such request necessitates the need for adjournment of the originally scheduled Confirmation Hearing.

The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, the parties hereby agree to the following adjournment dates:

NEW 341 First Meeting of Creditors DATE: **Tuesday, August 9, 2022** at **10:00 am**
NEW CONFIRMATION DATE: **Thursday, September 29, 2022** at **10:00 am**

**IT IS FURTHER ORDERED** that in the event that the hearing for adjourned Section 341 First Meeting of Creditors is not held, the Trustee may submit an Order of Dismissal to the bankruptcy court and the proceedings may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor fails to remit 100% of all required Plan payments pursuant to the Trustee's records by **9/22/2022** the proceedings may thereafter be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtor shall provide proof that the Federal tax returns have been filed and/or submitted for the tax year(s): **2017, 2018, 2019, 2020, and 2021** (copies of tax returns does not constitute proof of filing with the proper taxing authority), on or before **7/26/2022** or the case may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtor shall provide proof that the State tax returns have been filed and/or submitted for the tax year(s): **2017 and 2018** (copies of tax returns does not constitute proof of filing with the proper taxing authority), on or before **7/26/2022** or the case may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtor shall provide proof that the City tax returns have been filed and/or submitted for the tax year(s): **2017, 2018, 2019, 2020, and 2021** (copies of tax returns does not constitute proof of filing with the proper taxing authority), on or before **7/26/2022** or the case may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the Debtor shall serve the Order adjourning the 341 Meeting of Creditors and Confirmation on the Matrix within seven (7) days of entry of this Order and file a Proof of Service with the Court.

**Signed on June 8, 2022**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge