Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **22−40590−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Darnell Douglas Little
    aka Darnell D. Little, aka Darnell Little
    18219 San Juan Drive
    Detroit, MI 48221

Social Security No.:
    xxx−xx−5898

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Chapter 13 Case For failure to comply with the terms and conditions set forth in the Order Adjourning Section 341 Meeting of Creditors and Confirmation Hearing** was entered on **8/8/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 8/8/22

                              BY THE COURT


                              Todd M. Stickle , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT